1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    JAMES CURTIS KERN, BX3065,              Case No. 24-cv-09353-CRB  (PR)

8                    Plaintiff,

9           v.                               **ORDER OF DISMISSAL**

10   DR. SAMIT PATEL,

11                    Defendant(s).

12          Plaintiff, a prisoner at Pelican Bay State Prison (PBSP), has filed a pro se complaint under

13   42 U.S.C. § 1983 alleging that doctors at PBSP have denied him adequate treatment for a painful

14   lesion/mass in his forearm by cancelling and/or interfering with previously scheduled pre-op and

15   specialist appointments to remove the lesion/mass and instead are treating him only with NSAIDs

16   to which he is allergic.  Plaintiff raised the same allegations in a prior prisoner complaint, which

17   was recently ordered served on several named doctor defendants at PBSP.  See Kern v. Goller, No.

18   24-cv-7094-CRB (PR) (N.D. Cal. Jan. 16, 2025) (order of service).

19          A prisoner complaint that merely repeats pending or previously litigated claims may be

20   considered abusive and dismissed under the authority of 28 U.S.C. § 1915A.  Cf. Cato v. United

21   States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th

22   Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed

23   under 28 U.S.C. § 1915).  Because plaintiff raised and is litigating the same allegations and claims

24   raised herein in Kern v. Goller, No. 24-cv-7094-CRB (PR), the instant complaint is deemed

25   duplicative and abusive under § 1915A.  That plaintiff names a new doctor defendant in this later-

26   filed action does not compel a different result.  See Bailey, 846 F.2d at 1021 (complaint repeating

27   same allegations asserted in earlier case, even if now filed against new defendants, is subject to

28   dismissal as duplicative and abusive).

United States District Court
Northern District of California

1    For the foregoing reasons, plaintiff's complaint is DISMISSED as duplicative and abusive

2    under the authority of 28 U.S.C. § 1915A(b).

3    The clerk is directed to close the case and terminate all pending motions as moot.

4    **IT IS SO ORDERED**.

5    Dated:  January 17, 2025

6    _____

7    CHARLES R. BREYER
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California